UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

ENERGY RESEARCH & GENERATION,
INC, et al.,

          Defendants.

Case No. 17-cv-05638-MEJ

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

Honorable Vince Chhabria for consideration of whether the case is related to *ERG Aerospace*

*Corporation v. United States of America*, 13-cv-02973-VC.

    **IT IS SO ORDERED.**

Dated: October 12, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge