DAVID A. HUBBERT
Deputy Assistant Attorney General

AMY MATCHISON (CABN 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 307-6422
Fax:         (202) 307-0054
E-mail: Amy.T.Matchison@usdoj.gov
        Western.Taxcivil@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ENERGY RESEARCH & GENERATION, INC. and ERG AEROSPACE CORPORATION, as the successor-in-interest of ENERGY RESEARCH & GENERATION, INC. <br><br> Defendants. | Case No. 4:17-cv-05638-HSG <br><br> **STIPULATION TO JUDGMENT AND REQUEST FOR ENTRY OF JUDGMENT** |

The United States of America and Defendants Energy Research & Generation, Inc. and ERG Aerospace Corporation, as the successor-in-interest of Energy Research & Generation, Inc., through undersigned counsel, stipulate and agree as follows:

1. This is a civil action brought by the United States to reduce to judgment federal income tax assessments against Energy Research & Generation, Inc. and ERG Aerospace Corporation, as the successor-in-interest of Energy Research & Generation, Inc., for tax years 1999-2009, 2011, and 2012.

2. The United States and Defendants agree that the United States is entitled to the relief requested in its Complaint and that the Court should enter the proposed Judgment.

**STIPULATION TO JUDGMENT AND
REQUEST FOR ENTRY OF JUDGMENT**

3. Defendants Energy Research & Generation, Inc. and ERG Aerospace Corporation, as the successor-in-interest of Energy Research & Generation, Inc., are indebted to the United States for unpaid federal income taxes (Form 1120), penalties, and other statutory additions as follows:

| Tax Year | Date of Assessment | Date of Notice of Federal Tax Lien | Amount Assessed | Unpaid Balance Plus Accruals as of June 30, 2017 |
|---|---|---|---|---|
| 1999 | 5/23/2016 | 6/27/2016 | $208,871.00 T<br>$324,311.04 I<br>$10,085.09 ETP<br>$46,995.97 FTF/P<br>$52,217.75 FTF/P | $685,362.29 |
| 2000 | 5/23/2016 | 6/27/2016 | $619,855.00 T<br>$816,500.01 I<br>$11,284.32 ETP<br>$139,467.37 FTF/P<br>$154,963.75 FTF/P | $1,858,141.22 |
| 2001 | 7/4/2016 | 8/8/2016 | $362,144.00 T<br>$419,146.88 I<br>$14,458.48 ETP<br>$81,482.40 FTF/P<br>$90,536.00 FTF/P | $1,025,239.62 |
| 2002 | 7/4/2016 | 8/8/2016 | $118,052.00 T<br>$121,034.31 I<br>$26,561.70 FTF/P<br>$29,513.00 FTF/P | $312,666.95 |
| 2003 | 7/4/2016 | 8/8/2016 | $6,726.00 T<br>$6,228.96 I<br>$174.82 ETP<br>$1,513.35 FTF/P<br>$1,681.50 FTF/P | $16,982.45 |
| 2004 | 8/1/2016 | 9/15/2016 | $228,924.00 T<br>$190,256.89 I<br>$192.13 ETP<br>$51,507.90 FTF/P<br>$57,231.00 FTF/P | $556,945.54 |
| 2005 | 8/8/2016 | 9/15/2016 | $124,338.00 T<br>$87,320.71 I<br>$4,987.15 ETP<br>$27,976.05 FTF/P<br>$31,084.50 FTF/P | $290,387.71 |
| 2006 | 9/19/2016 | 10/25/2016 | $153,809.00 T<br>$87,151.26 I<br>$7,303.82 ETP<br>$34,607.02 FTF/P<br>$38,452.25 FTF/P | $336,257.08 |
| 2007 | 9/5/2016 | 10/13/2016 | $55,637.00 T<br>$24,088.39 I | $112,402.37 |

| | | | | |
|---|---|---|---|---|
| | | | $2,572.35 ETP<br>$12,518.32 FTF/P<br>$13,909.25 FTF/P | |
| 2008 | 10/3/2016 | 11/10/2016 | $50,085.00 T<br>$17,533.72 I<br>$1,634.28 ETP<br>$11,269.12 FTF/P<br>$12,521.25 FTF/P | $95,906.52 |
| 2009 | 9/26/2016 | 10/31/2016 | $62,353.00 T<br>$17,871.81 I<br>$1,499.89 ETP<br>$14,029.42 FTF/P<br>$15,588.25 FTF/P | $114,770.63 |
| 2011 | 10/31/2016 | 12/14/2016 | $33,087.00 T<br>$6,310.15 I<br>$664.80 ETP<br>$7,444.57 FTF/P<br>$8,271.75 FTF/P | $57,347.64 |
| 2012 | 11/28/2016 | 4/7/2017 | $98,797.00 T<br>$15,133.30 I<br>$595.84 ETP<br>$22,229.32 FTF/P<br>$22,229.32 FTF/P | $165,225.48 |

T = Tax
I = Interest
FTF/P = Failure to File or to Pay Tax Penalty pursuant to 26 U.S.C. § 6651
ETP = Estimated Tax Penalty pursuant to 26 U.S.C. § 6655

4. Judgment may be entered in favor of the United States and against Defendants Energy Research & Generation, Inc. and ERG Aerospace Corporation, as the successor-in-interest of Energy Research & Generation, Inc., for unpaid federal income tax liabilities for tax years 1999-2009, 2011, and 2012 in the amount of $5,627,635.53, less any additional credits according to proof, plus interest and other statutory additions, as provided by law pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621, that have accrued since June 30, 2017.

5. The United States and Defendants agree that each party shall bear their own respective costs and attorney's fees incurred with respect to this litigation.

WHEREFORE, the United States and Defendants so stipulate and request an order granting this Stipulation and entering the corresponding Judgment.

DATED this 8th day of December, 2017.

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Amy Matchison*
AMY MATCHISON (CA SBN 217022)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6422

DATED this 8th day of December, 2017.

*/s/ Jeffrey B. Setness*
JEFFREY B. SETNESS
FABIAN VANCOTT
601 South Tenth Street, Suite 204
Las Vegas, NV 89101

*Attorney for Defendants Energy Research & Generation, Inc. and ERG Aerospace Corporation, as the successor-in-interest of Energy Research & Generation, Inc.,*

Before the Court is the *Stipulation to Judgment and Request for Entry of Judgment* between the United States and Defendants Energy Research & Generation, Inc. and ERG Aerospace Corporation, as the successor-in-interest of Energy Research & Generation, Inc. The Court has considered the *Stipulation* and is otherwise fully informed. The *Stipulation* is hereby GRANTED and it is hereby ORDERED and ADJUDGED that Defendants Energy Research & Generation, Inc. and ERG Aerospace Corporation, as the successor-in-interest of Energy Research & Generation, Inc., are indebted to the United States for unpaid federal income taxes (Form 1120), penalties, and other statutory additions, for tax years 1999-2009, 2011, and 2012 in the amount of $5,627,635.53, less any additional credits according to proof, plus interest and other statutory additions, as provided by law pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621, that have accrued since June 30, 2017.

Dated this 2nd day of January, 2018.

/s/ Haywood S. Gilliam Jr.
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE